UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: ROBERT ALLEN ROSS  CASE NO.: 09-70216-MBM
      BRENDA KAY ROSS  CHAPTER 7 DEBTORS
                                                                  /  HON. JUDGE MCIVOR

ROBERT W. LEE   (P28708)
ATTORNEY FOR DEBTORS

## **ORDER TO DISMISS CHAPTER 7 BANKRUPTCY**

Upon the Motion of the Debtors and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The Debtors filed Chapter 7 Bankruptcy on September 30, 2009.

2. The Debtors has decided not to file bankruptcy at this time.

3. That their case has not been discharged.

    **IT IS HEREBY ORDERED,** that the Court allow the Debtors to Dismiss their bankruptcy petition.

**Signed on November 23, 2009**

                                                  **/s/ Marci B. McIvor**
                                                  **Marci B. McIvor**
                                                  **United States Bankruptcy Judge**